■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHANN REDD, Appellant. [650 NYS2d 552] —Judgment, Supreme Court, New York County (Bernard Fried, J., at plea; Jeffrey Atlas, J., at sentencing), rendered on or about August 4, 1994, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Sullivan, Ellerin, Nardelli and Mazzarelli, JJ.

■ In the Matter of the McM. CHILDREN, Alleged to be Neglected. HERMAN McM., Appellant; COMMISSIONER OF SOCIAL SERVICES, Respondent. [650 NYS2d 552] —Orders of disposition, Family Court, Bronx County (Marjory Fields, J.), entered April 13, 1995, placing the five subject children with the Commissioner of Social Services for 12 months, following a fact-finding determination that respondent had neglected the children, unanimously affirmed, without costs.

A preponderance of the evidence demonstrates that respondent, presently incarcerated for sexual and physical abuse of the children, had abandoned the children under Social Services Law § 384-b (5) by failing to write to them for over a year although able to do so, and thereby had neglected them under Family Court Act § 1012 (f) (ii) (*see, Matter of Shaniqua L.*, 193 AD2d 370). Concur—Murphy, P. J., Sullivan, Ellerin, Nardelli and Mazzarelli, JJ.